DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SHANE M. SHAW,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-1199

[July 15, 2021]

Appeal of order denying rule 3.800 motion from the Seventeenth Judicial Circuit, Broward County; Mariya Weekes, Judge; L.T. Case Nos. 10-015069CF10A, 11-007302CF10A and 11-007595CF10A.

Shane M. Shaw, Bristol, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., CIKLIN and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***